**Exhibit A**

| Defendant | Host IP | Date (GMT) | Software |
|---|---|---|---|
| Doe 1 | 75.93.22.30 | 12/12/10 4:54 AM | µTorrent 2.2 |
| Doe 2 | 74.72.44.193 | 12/8/10 8:37 AM | BitTorrent 7.1 |
| Doe 3 | 74.70.77.166 | 12/12/10 5:09 AM | µTorrent 2.0.4 |
| Doe 4 | 74.66.88.129 | 12/4/10 7:39 PM | BitTorrent 7.2 |
| Doe 5 | 74.65.181.178 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 6 | 74.5.151.230 | 12/4/10 8:28 PM | µTorrent 2.0.4 |
| Doe 7 | 74.4.142.214 | 12/8/10 8:37 AM | BitTorrent 7.2 |
| Doe 8 | 74.232.22.156 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 9 | 74.193.156.248 | 12/4/10 7:44 PM | BitTorrent 7.2 |
| Doe 10 | 74.173.222.150 | 12/12/10 4:34 AM | Azureus 4.5.0.4 |
| Doe 11 | 74.142.141.6 | 12/12/10 4:34 AM | BitTorrent 7.2 |
| Doe 12 | 74.128.145.130 | 12/12/10 4:34 AM | µTorrent 1.8.3 |
| Doe 14 | 74.102.8.105 | 12/8/10 8:37 AM | Azureus 4.5.0.2 |
| Doe 15 | 74.72.78.201 | 12/8/10 8:37 AM | µTorrent 2.2 |
| Doe 16 | 74.93.62.178 | 12/8/10 8:37 AM | Azureus 4.5.0.2 |
| Doe 17 | 75.85.216.99 | 12/4/10 7:39 PM | BitComet/0.1.1.1 |
| Doe 18 | 75.84.136.239 | 12/12/10 4:34 AM | µTorrent 2.2 |
| Doe 19 | 75.80.127.120 | 12/12/10 5:05 AM | µTorrent 2.2 |
| Doe 20 | 75.72.105.131 | 12/12/10 4:34 AM | µTorrent 2.0.4 |
| Doe 21 | 75.71.201.228 | 12/8/10 8:37 AM | Azureus 4.5.0.4 |
| Doe 22 | 75.67.93.201 | 12/12/10 5:33 AM | libtorrent/0.14.8.0 |
| Doe 23 | 75.65.218.130 | 12/12/10 4:34 AM | Azureus 4.5.1.0 |
| Doe 24 | 75.64.160.112 | 12/12/10 9:01 PM | µTorrent 2.2 |
| Doe 25 | 75.40.35.183 | 12/12/10 9:01 PM | µTorrent 2.2.1 |
| Doe 26 | 75.26.17.29 | 12/12/10 9:01 PM | BitTorrent 7.0 |
| Doe 27 | 75.182.108.197 | 12/4/10 10:03 PM | µTorrent 2.2 |
| Doe 28 | 75.140.22.37 | 12/12/10 9:09 PM | µTorrent/2.0.4.0 |
| Doe 29 | 75.111.28.163 | 12/12/10 9:01 PM | Azureus 4.5.1.0 |
| Doe 30 | 74.102.186.217 | 12/12/10 4:34 AM | µTorrent 2.0.4 |
| Doe 31 | 74.101.101.205 | 12/12/10 4:34 AM | µTorrent 2.0.4 |
| Doe 33 | 71.244.228.93 | 12/12/10 4:34 AM | µTorrent/2.0.4.0 |
| Doe 34 | 71.239.51.16 | 12/12/10 5:33 AM | Azureus 4.5.1.0 |
| Doe 35 | 71.237.103.186 | 12/4/10 10:03 PM | BitComet 1.24 |
| Doe 36 | 71.235.53.69 | 12/8/10 8:37 AM | BitTorrent 6.4 |
| Doe 37 | 71.212.187.52 | 12/4/10 8:28 PM | µTorrent 2.0.4 |
| Doe 38 | 71.196.180.210 | 12/4/10 7:44 PM | BitTorrent 7.2 |
| Doe 39 | 71.194.193.40 | 12/8/10 8:55 AM | µTorrent 2.0.4 |
| Doe 40 | 71.193.150.64 | 12/8/10 8:55 AM | Transmission 2.11 |
| Doe 41 | 71.185.140.17 | 12/12/10 9:14 PM | BitTorrent 6.4 |

| Doe 42 | 71.174.254.194 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
|---|---|---|---|
| Doe 43 | 71.118.140.190 | 12/4/10 10:03 PM | µTorrent 2.0 |
| Doe 44 | 71.108.3.229 | 12/8/10 8:37 AM | BitTorrent 7.2 |
| Doe 45 | 71.10.126.43 | 12/12/10 4:34 AM | BitTorrent 7.1 |
| Doe 46 | 71.35.54.141 | 12/12/10 4:54 AM | Azureus 4.5.1.0 |
| Doe 47 | 71.56.178.204 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 49 | 72.226.12.178 | 12/12/10 9:03 PM | Transmission 2.13 |
| Doe 50 | 72.201.154.123 | 12/4/10 7:44 PM | BitTorrent 7.1 |
| Doe 52 | 72.153.64.193 | 12/12/10 4:34 AM | µTorrent 2.0.4 |
| Doe 53 | 72.148.206.54 | 12/8/10 8:37 AM | µTorrent 2.2 |
| Doe 54 | 72.102.191.179 | 12/12/10 4:34 AM | µTorrent 1.8.3 |
| Doe 55 | 71.90.95.174 | 12/12/10 5:33 AM | BitTorrent 6.1.2 |
| Doe 56 | 71.62.27.61 | 12/12/10 9:09 PM | Azureus 4.5.1.0 |
| Doe 57 | 71.62.2.169 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 58 | 71.60.200.158 | 12/12/10 4:46 AM | µTorrent 1.8 |
| Doe 59 | 71.58.154.34 | 12/4/10 7:44 PM | Azureus 4.5.1.0 |
| Doe 60 | 71.56.226.136 | 12/12/10 4:34 AM | Azureus 4.5.1.0 |
| Doe 61 | 70.92.172.146 | 12/4/10 7:44 PM | Tixati 1.42 |
| Doe 62 | 76.104.242.26 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 63 | 99.37.1.109 | 12/12/10 5:33 AM | Azureus 4.3.0.6 |
| Doe 64 | 98.232.34.27 | 12/4/10 8:28 PM | BitTorrent 7.2 |
| Doe 65 | 98.232.166.78 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 66 | 98.227.158.156 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 67 | 98.220.243.101 | 12/4/10 8:28 PM | Azureus 4.5.1.0 |
| Doe 68 | 98.212.199.105 | 12/12/10 9:01 PM | µTorrent 2.0.4 |
| Doe 69 | 98.204.111.51 | 12/12/10 4:46 AM | Azureus 4.5.1.0 |
| Doe 70 | 98.199.230.144 | 12/12/10 4:46 AM | Azureus 4.5.0.2 |
| Doe 71 | 98.197.144.83 | 12/8/10 8:55 AM | Azureus 4.5.1.0 |
| Doe 72 | 98.192.28.219 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 73 | 98.154.134.75 | 12/4/10 10:03 PM | µTorrent 2.0.3 |
| Doe 74 | 98.150.203.13 | 12/12/10 4:34 AM | µTorrent 2.0.4 |
| Doe 75 | 98.148.255.166 | 12/12/10 4:34 AM | BitTorrent 7.2 |
| Doe 76 | 98.14.198.83 | 12/12/10 9:01 PM | BitTorrent 7.2 |
| Doe 77 | 98.237.98.16 | 12/4/10 10:03 PM | BitTorrent 7.2 |
| Doe 78 | 98.240.84.238 | 12/12/10 9:01 PM | BitTorrent 7.2 |
| Doe 79 | 99.34.167.42 | 12/8/10 8:37 AM | µTorrent 2.2 |
| Doe 80 | 99.181.97.193 | 12/4/10 7:39 PM | BitTorrent 7.2 |
| Doe 81 | 99.163.101.107 | 12/8/10 9:26 AM | Azureus 4.5.1.0 |
| Doe 82 | 99.135.152.222 | 12/12/10 9:01 PM | Azureus 4.5.1.0 |
| Doe 83 | 99.118.47.133 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 84 | 99.117.139.160 | 12/8/10 8:37 AM | BitTorrent 7.2 |
| Doe 85 | 99.104.121.178 | 12/12/10 4:54 AM | µTorrent Mac 1.0.2 |

| | | | |
|---|---|---|---|
| Doe 86 | 98.90.47.101 | 12/8/10 9:26 AM | µTorrent 2.2 |
| Doe 87 | 98.30.90.27 | 12/12/10 9:09 PM | µTorrent 2.2 |
| Doe 88 | 98.254.231.194 | 12/4/10 7:44 PM | KTorrent/3.3.4 |
| Doe 89 | 98.246.62.221 | 12/8/10 8:37 AM | BitTorrent 7.2 |
| Doe 90 | 98.246.134.37 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 91 | 98.242.228.81 | 12/8/10 8:55 AM | BitTorrent 7.2 |
| Doe 92 | 97.88.249.242 | 12/4/10 7:44 PM | BitTorrent 7.2 |
| Doe 93 | 97.121.170.227 | 12/8/10 9:26 AM | µTorrent 2.0.4 |
| Doe 94 | 97.121.129.215 | 12/12/10 4:34 AM | BitTorrent 7.2 |
| Doe 95 | 76.20.204.191 | 12/12/10 4:34 AM | BitTorrent 7.1 |
| Doe 96 | 76.19.98.11 | 12/12/10 4:34 AM | BitTorrent 7.2 |
| Doe 97 | 76.188.189.75 | 12/4/10 8:28 PM | µTorrent 2.0.4 |
| Doe 98 | 76.186.48.185 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 99 | 76.174.115.66 | 12/12/10 4:34 AM | BitTorrent 7.2 |
| Doe 100 | 76.16.88.180 | 12/4/10 7:39 PM | µTorrent 1.8.2 |
| Doe 101 | 76.14.37.192 | 12/8/10 9:26 AM | µTorrent 2.0.4 |
| Doe 102 | 76.127.246.200 | 12/12/10 4:34 AM | µTorrent Mac 1.0.1 |
| Doe 103 | 76.123.123.54 | 12/12/10 9:01 PM | µTorrent 2.2 |
| Doe 104 | 76.122.41.6 | 12/8/10 8:37 AM | Azureus 4.5.1.0 |
| Doe 105 | 76.113.183.240 | 12/12/10 4:46 AM | µTorrent Mac 1.0.2 |
| Doe 106 | 76.111.246.13 | 12/8/10 8:37 AM | µTorrent 2.0.3 |
| Doe 107 | 76.110.193.125 | 12/8/10 8:37 AM | BitTorrent 7.1 |
| Doe 108 | 76.208.168.132 | 12/4/10 10:03 PM | BitTorrent 7.0 |
| Doe 109 | 76.23.104.175 | 12/4/10 7:39 PM | Transmission 2.04 |
| Doe 110 | 97.117.30.166 | 12/8/10 8:37 AM | µTorrent 1.8.5 |
| Doe 111 | 97.117.249.160 | 12/12/10 4:46 AM | BitComet 1.25 |
| Doe 112 | 96.41.51.179 | 12/12/10 4:46 AM | Azureus 4.5.1.0 |
| Doe 113 | 96.27.195.127 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 114 | 96.251.18.194 | 12/12/10 4:34 AM | BitTorrent 7.1 |
| Doe 115 | 96.248.89.141 | 12/12/10 9:03 PM | Azureus 4.5.1.0 |
| Doe 116 | 96.246.161.145 | 12/4/10 7:39 PM | µTorrent 1.8.5 |
| Doe 117 | 76.99.8.86 | 12/8/10 9:26 AM | Transmission 1.54 |
| Doe 118 | 76.95.6.8 | 12/8/10 8:55 AM | BitLord 1.2.0-beta-48 |
| Doe 119 | 76.92.159.220 | 12/8/10 8:55 AM | µTorrent 1.8.5 |
| Doe 120 | 76.29.58.244 | 12/12/10 5:09 AM | µTorrent 2.2 |
| Doe 121 | 76.255.24.231 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 122 | 76.235.169.115 | 12/12/10 9:01 PM | BitTorrent 7.2 |
| Doe 123 | 76.109.233.229 | 12/4/10 8:28 PM | Azureus 4.5.1.0 |
| Doe 124 | 70.145.227.70 | 12/4/10 8:28 PM | µTorrent 2.0.4 |
| Doe 126 | 24.17.153.67 | 12/12/10 4:34 AM | µTorrent 2.0.4 |
| Doe 127 | 24.15.210.213 | 12/8/10 9:26 AM | Transmission 1.21 |
| Doe 129 | 24.131.121.123 | 12/4/10 8:28 PM | Azureus 4.5.1.0 |

| Doe 130 | 24.129.71.127 | 12/12/10 4:34 AM | BitComet 1.24 |
|---|---|---|---|
| Doe 131 | 24.113.225.226 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 132 | 24.100.28.144 | 12/4/10 7:39 PM | µTorrent 2.2 |
| Doe 133 | 24.10.12.13 | 12/12/10 4:34 AM | BitTorrent 7.1 |
| Doe 135 | 216.189.178.217 | 12/12/10 9:09 PM | µTorrent Mac 1.0.2 |
| Doe 136 | 208.54.87.62 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 137 | 208.101.167.86 | 12/12/10 4:34 AM | µTorrent 2.0.2 |
| Doe 138 | 207.181.221.10 | 12/12/10 4:54 AM | Azureus 4.5.0.2 |
| Doe 139 | 24.176.28.34 | 12/12/10 9:09 PM | µTorrent 2.0.4 |
| Doe 140 | 24.178.150.60 | 12/4/10 10:03 PM | BitTorrent 7.2 |
| Doe 142 | 64.131.136.94 | 12/4/10 7:44 PM | µTorrent 2.0.4 |
| Doe 143 | 50.11.87.187 | 12/8/10 8:37 AM | µTorrent 2.2.1 |
| Doe 144 | 24.60.38.236 | 12/12/10 4:46 AM | µTorrent 2.2 |
| Doe 145 | 24.56.40.72 | 12/12/10 9:17 PM | BitTorrent 7.2 |
| Doe 146 | 24.46.59.99 | 12/12/10 9:09 PM | µTorrent 2.0.4 |
| Doe 147 | 24.46.172.52 | 12/12/10 4:34 AM | µTorrent 2.0.4 |
| Doe 148 | 24.45.33.25 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 149 | 24.4.143.28 | 12/4/10 10:03 PM | µTorrent 2.0.4 |
| Doe 150 | 24.33.243.37 | 12/4/10 7:39 PM | BitTorrent 7.2 |
| Doe 151 | 24.228.63.161 | 12/4/10 8:28 PM | Azureus 4.5.1.0 |
| Doe 152 | 24.185.228.175 | 12/8/10 8:37 AM | BitTorrent 6.4 |
| Doe 153 | 24.185.140.8 | 12/8/10 8:37 AM | BitTorrent 7.2 |
| Doe 155 | 204.249.5.206 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 157 | 173.64.65.14 | 12/8/10 8:37 AM | BitTorrent 7.2 |
| Doe 158 | 173.64.130.105 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 159 | 173.57.97.161 | 12/8/10 8:55 AM | µTorrent 2.0.4 |
| Doe 160 | 173.54.8.176 | 12/12/10 9:03 PM | µTorrent 2.2 |
| Doe 161 | 173.54.225.219 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 162 | 173.53.175.195 | 12/8/10 8:55 AM | Azureus 4.5.0.4 |
| Doe 163 | 173.3.184.205 | 12/12/10 9:14 PM | BitTorrent 7.2 |
| Doe 164 | 173.29.190.25 | 12/12/10 4:46 AM | Azureus 4.5.1.0 |
| Doe 165 | 173.168.169.55 | 12/4/10 7:39 PM | Azureus 4.5.1.0 |
| Doe 166 | 151.200.15.122 | 12/8/10 8:37 AM | µTorrent 2.2 |
| Doe 167 | 141.151.245.147 | 12/8/10 8:37 AM | BitTorrent 7.0 |
| Doe 169 | 108.2.0.181 | 12/12/10 4:34 AM | BitTorrent 7.2 |
| Doe 170 | 173.72.164.183 | 12/12/10 9:03 PM | BitTorrent 7.1 |
| Doe 171 | 173.72.2.194 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 172 | 184.97.161.75 | 12/8/10 8:55 AM | BitTorrent 7.2 |
| Doe 173 | 184.88.228.78 | 12/12/10 4:34 AM | BitTorrent 7.2 |
| Doe 174 | 184.8.12.70 | 12/12/10 4:34 AM | BitTorrent 7.2 |
| Doe 175 | 184.79.234.6 | 12/12/10 9:09 PM | BitTorrent 7.2 |
| Doe 176 | 184.33.71.40 | 12/12/10 4:34 AM | BitTorrent 7.1 |

| Doe 177 | 174.52.107.11 | 12/4/10 7:44 PM | Azureus 4.5.1.0 |
|---|---|---|---|
| Doe 178 | 174.17.235.182 | 12/12/10 4:46 AM | BitTorrent 7.2 |
| Doe 179 | 174.131.162.233 | 12/12/10 4:34 AM | BitTorrent 7.2 |
| Doe 180 | 174.130.216.109 | 12/8/10 8:37 AM | BitTorrent 7.2 |
| Doe 181 | 174.103.134.237 | 12/12/10 9:01 PM | µTorrent 2.2 |
| Doe 182 | 173.89.244.6 | 12/12/10 4:46 AM | µTorrent 2.0.4 |
| Doe 183 | 173.80.253.75 | 12/12/10 4:34 AM | µTorrent 2.0.4 |
| Doe 184 | 173.76.86.143 | 12/12/10 9:01 PM | Azureus 4.5.1.0 |
| Doe 185 | 108.12.232.81 | 12/4/10 7:39 PM | Azureus 4.5.1.0 |
| Doe 186 | 64.216.106.54 | 12/12/10 5:09 AM | µTorrent 2.2 |
| Doe 187 | 70.121.166.180 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 188 | 69.114.229.197 | 12/4/10 7:39 PM | Azureus 4.5.1.0 |
| Doe 189 | 69.112.93.186 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 190 | 69.112.222.141 | 12/4/10 10:03 PM | µTorrent 2.0.4 |
| Doe 191 | 68.63.124.66 | 12/8/10 8:37 AM | µTorrent 2.0.1 |
| Doe 192 | 68.61.239.39 | 12/4/10 7:44 PM | Azureus 4.5.1.0 |
| Doe 193 | 68.58.44.152 | 12/12/10 4:34 AM | Azureus 4.5.1.0 |
| Doe 194 | 68.44.252.156 | 12/12/10 5:33 AM | Azureus 4.5.0.2 |
| Doe 195 | 68.41.61.59 | 12/8/10 8:55 AM | µTorrent 2.2 |
| Doe 196 | 68.38.220.209 | 12/8/10 8:37 AM | BitTorrent 7.1 |
| Doe 197 | 68.35.75.42 | 12/4/10 8:28 PM | Azureus 4.5.1.0 |
| Doe 198 | 68.206.179.74 | 12/12/10 4:54 AM | µTorrent 2.0.2 |
| Doe 199 | 68.204.1.123 | 12/12/10 5:09 AM | µTorrent 2.0.4 |
| Doe 200 | 68.200.43.54 | 12/8/10 8:55 AM | µTorrent 2.0.4 |
| Doe 201 | 69.116.237.95 | 12/12/10 5:09 AM | Azureus 4.5.1.0 |
| Doe 202 | 69.125.91.61 | 12/8/10 8:37 AM | BitLord 1.1 |
| Doe 203 | 70.121.153.191 | 12/8/10 9:26 AM | µTorrent 2.0.4 |
| Doe 204 | 70.120.178.85 | 12/12/10 4:34 AM | µTorrent 2.2 |
| Doe 205 | 70.113.53.113 | 12/12/10 4:34 AM | µTorrent 2.0.4 |
| Doe 208 | 69.81.140.151 | 12/12/10 9:01 PM | µTorrent 2.2 |
| Doe 209 | 69.73.26.131 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 210 | 69.37.96.6 | 12/4/10 7:39 PM | µTorrent 2.0.4 |
| Doe 211 | 69.245.211.226 | 12/4/10 8:28 PM | Azureus 4.5.1.0 |
| Doe 212 | 69.236.89.134 | 12/4/10 7:39 PM | µTorrent Mac 1.0.1 |
| Doe 213 | 69.224.67.177 | 12/12/10 5:33 AM | Azureus 4.5.1.0 |
| Doe 214 | 69.201.172.154 | 12/8/10 8:55 AM | µTorrent 2.0.4 |
| Doe 215 | 69.181.185.142 | 12/12/10 9:03 PM | Azureus 4.5.1.0 |
| Doe 216 | 68.192.24.157 | 12/12/10 4:54 AM | µTorrent 2.0.4 |
| Doe 217 | 68.187.197.180 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 218 | 68.186.75.152 | 12/12/10 9:01 PM | µTorrent 2.2 |
| Doe 219 | 67.161.103.158 | 12/12/10 9:14 PM | Azureus 4.5.0.4 |
| Doe 220 | 66.91.27.84 | 12/8/10 8:37 AM | µTorrent Mac 1.0.2 |

| Doe 221 | 66.91.243.73 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 222 | 66.90.216.190 | 12/8/10 8:37 AM | BitLord 1.1 |
| Doe 223 | 66.87.5.181 | 12/12/10 4:34 AM | BitComet 1.19 |
| Doe 224 | 66.68.222.8 | 12/4/10 7:39 PM | Azureus 4.5.1.0 |
| Doe 225 | 66.229.16.113 | 12/12/10 4:34 AM | µTorrent 2.0.4 |
| Doe 227 | 66.108.205.102 | 12/12/10 4:34 AM | Azureus 4.5.1.0 |
| Doe 228 | 65.32.79.75 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 229 | 65.26.218.200 | 12/4/10 10:03 PM | BitTorrent 7.2 |
| Doe 230 | 65.191.87.5 | 12/4/10 7:44 PM | µTorrent 2.0.4 |
| Doe 231 | 65.103.9.27 | 12/12/10 9:01 PM | µTorrent 2.0.4 |
| Doe 232 | 67.161.193.29 | 12/12/10 9:01 PM | Azureus 4.5.0.4 |
| Doe 233 | 67.164.7.41 | 12/8/10 8:55 AM | Azureus 4.5.1.0 |
| Doe 234 | 68.108.209.240 | 12/12/10 4:34 AM | µTorrent 2.2 |
| Doe 235 | 67.82.18.67 | 12/4/10 8:28 PM | BitTorrent 7.1 |
| Doe 236 | 67.49.197.11 | 12/8/10 8:37 AM | µTorrent 1.7.7 |
| Doe 237 | 67.247.83.136 | 12/8/10 8:37 AM | µTorrent Mac 1.0.1 |
| Doe 239 | 67.2.110.74 | 12/4/10 10:03 PM | µTorrent 2.0.4 |
| Doe 240 | 67.2.107.44 | 12/4/10 7:44 PM | µTorrent 2.0.4 |
| Doe 241 | 67.191.150.50 | 12/8/10 8:37 AM | µTorrent 2.0.4 |
| Doe 242 | 67.185.11.109 | 12/12/10 4:34 AM | µTorrent 2.0.4 |
| Doe 243 | 67.184.237.146 | 12/12/10 4:34 AM | µTorrent 2.0.4 |
| Doe 244 | 67.175.82.214 | 12/12/10 4:34 AM | µTorrent 2.2 |
| Doe 245 | 67.171.163.50 | 12/4/10 8:28 PM | BitComet/0.0.9.7 |
| Doe 246 | 67.167.72.144 | 12/8/10 8:55 AM | µTorrent 2.2 |
| Doe 247 | 65.0.13.16 | 12/12/10 4:34 AM | µTorrent 2.0.4 |