UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADULT SOURCE MEDIA, a California Company, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:10-cv-2605-M |
| DOES 1–247, | § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference [Docket Entry #3]. The Motion is hereby **REFERRED** to Magistrate Judge Toliver for hearing, if necessary, and recommendation or determination.

All future filings regarding the referred Motion should be addressed to the United States Magistrate Judge, not to the District Judge, and should be accompanied by a transmittal letter addressed to the Magistrate Judge, so that filings will reach her without delay.

**SO ORDERED**.

January 11, 2011.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1